18

693 A.2d 198

Catherine Baker KNOLL, Pennsylvania State Treasurer
and Member of the State Workers' Insurance
Board, Appellant

v.

Johnny J. BUTLER, Secretary of Labor and Industry and Chairman of the State Workers' Insurance Board; Linda Kaiser, Insurance Commissioners and Member of the State Workers' Insurance Board; MSB Holding Corporation, a Pennsylvania Corporation; KSB Holding Corporation, a Pennsylvania Corporation; and Royal Bank of Pennsylvania, a Pennsylvania chartered banking institution, Appellees.

No. 79 M.D. APP.1996.

Supreme Court of Pennsylvania.

April 28, 1997.

### ORDER

PER CURIAM:

The Order of the Commonwealth Court is AFFIRMED.

Madame Justice NEWMAN did not participate in this matter.